**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH STEWART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN TRANSIT SYSTEM, et al., <br><br> Defendants. | Case No.: 18-CV-2558 W (LL) <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DOC. 13]** |

Pending before the Court is Plaintiffs' motion for leave to file a first amended complaint ("FAC"). [Doc. 13.] The motion is unopposed. The Court decides the matter on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). For the reasons that follow, the Court grants Plaintiff's motion.

"A party may amend its pleading once as a matter of course within . . . 21 days after serving it . . . ." See Fed. R. Civ. P. 15(a)(1)(A). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit applies this policy with "extreme liberality." DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987) (internal quotation omitted).

1

Through this motion, Plaintiffs seek to file a First Amended Complaint ("FAC") in order to name two defendants whose full identities were previously unknown. (*Pls.' Mot.* [Doc. 13-1] 2–3.) In light of the liberal policy in favor of amendment, the interests of justice require freely granting Plaintiffs leave to amend. See Fed. R. Civ. P. 15(a)(2).

The Court **GRANTS** Plaintiffs' motion for leave to file an FAC. [Doc. 13.]

Plaintiff must file an FAC, if any, by **Monday, April 8, 2019**.

**IT IS SO ORDERED.**

Dated: March 26, 2019

Hon. Thomas J. Whelan
United States District Judge