# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STEWART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN TRANSIT SYSTEM, et al., <br><br> Defendants. | Case No.: 18-CV-2558 W (LL) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 35]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 35] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: April 9, 2020

Hon. Thomas J. Whelan
United States District Judge